**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  **04/25**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Hollywood Excavating of Florida, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **87-4233131** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business**<br><br>**4021 Union Hill Road**<br>**Caryville, FL 32427**<br>Number, Street, City, State & ZIP Code<br><br>**Washington**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor **Hollywood Excavating of Florida, LLC**          Case number (*if known*) _____
        Name

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

    ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No.

■ Yes.

| District | **Northern District of Florida** | When | **9/24/25** | Case number | **25-50192** |
|---|---|---|---|---|---|
| District | | When | | Case number | |

Official Form 201          **Voluntary Petition for Non-Individuals Filing for Bankruptcy**          page 2

Debtor    **Hollywood Excavating of Florida, LLC**                    Case number (*if known*) _____
_____Name_____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | | |
|---|---|---|---|---|
| Debtor | _____ | | Relationship | _____ |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                              Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
              Contact name _____
              Phone _____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

.    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor  **Hollywood Excavating of Florida, LLC**                     Case number (*if known*) _____
        Name

☐  $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐  $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
■  $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Debtor   **Hollywood Excavating of Florida, LLC**                    Case number (*if known*) _____
          Name

| | |
|---|---|

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 30, 2026**
              MM / DD / YYYY

**X** **/s/ Weyman E. Wheeler**                          **Weyman E. Wheeler**
Signature of authorized representative of debtor          Printed name

Title   **Manager**

**18. Signature of attorney**

**X** **/s/ Byron W. Wright III**                    Date **July 30, 2026**
Signature of attorney for debtor                           MM / DD / YYYY

**Byron W. Wright III 118971**
Printed name

**Bruner Wright, P.A.**
Firm name

**2868 Remington Green Circle**
**Tallahassee, FL 32308**
Number, Street, City, State & ZIP Code

Contact phone   **(850) 385-0342**      Email address   **twright@brunerwright.com**

**118971 FL**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Hollywood Excavating of Florida, LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Community South Credit Union 1044 Hwy 90 East Chipley, FL 32428** | | **2022 - 389 Peterbilt** | | **$546,978.00** | **$200,000.00** | **$346,978.00** |
| **Internal Revenue Service IRS - Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346** | | **Listed for notice purposes** | | | | **Unknown** |
| **JPMorgan Chase Bank, N.A. c/o National Bankruptcy Services LLC P.O. Box 9013 Addison, TX 75001** | | **Credit card** | | | | **$9,500.00** |
| **Komatsu Financial 8770 W. Bryn Mawr Ave. Ste. 100 Chicago, IL 60631** | | **Dozier** | | | | **$120,607.00** |
| **Kubota Credit Corporation U.S.A. 4021 Union Hill Road Caryville, FL 32427** | | **Zero Turn mower,Side by Side, Farm Tractor** | | **$46,000.00** | **$0.00** | **$46,000.00** |
| **Performance Peterbuilt of Talla. LLC 335 Commeerce Blvd. Midway, FL 32343** | | **Trade Debt** | | | | **$1,800.00** |
| **R K Allen Oil Co. 723 W. Main Street Pensacola, FL 32502** | | **Trade Debt** | | | | **$6,500.00** |

Hollywood Excavating of Florida, LLC
4021 Union Hill Road
Caryville, FL 32427

R K Allen Oil Co.
723 W. Main Street
Pensacola, FL 32502

Byron W. Wright III
Bruner Wright, P.A.
2868 Remington Green Circle
Tallahassee, FL 32308

Weyman Wheeler
4021 Union Hill Road
Caryville, FL 32427

CNH Industrial Capital America LLC
P.O. Box 63048
Newark, NJ 07101

Community South Credit Union
1044 Hwy 90 East
Chipley, FL 32428

Internal Revenue Service
IRS - Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

JPMorgan Chase Bank, N.A.
c/o National Bankruptcy Services LLC
P.O. Box 9013
Addison, TX 75001

Komatsu Financial
8770 W. Bryn Mawr Ave. Ste. 100
Chicago, IL 60631

Kubota Credit Corporation U.S.A.
4021 Union Hill Road
Caryville, FL 32427

Performance Peterbuilt of Talla. LLC
335 Commeerce Blvd.
Midway, FL 32343

# United States Bankruptcy Court
## Northern District of Florida

In re    **Hollywood Excavating of Florida, LLC**                                    Case No. _____

                                        Debtor(s)                    Chapter    **11**    _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Hollywood Excavating of Florida, LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**July 30, 2026**                                    **/s/ Byron W. Wright III**
Date                                                **Byron W. Wright III 118971**
                                                    Signature of Attorney or Litigant
                                                    Counsel for    **Hollywood Excavating of Florida, LLC**
                                                    **Bruner Wright, P.A.**
                                                    **2868 Remington Green Circle**
                                                    **Tallahassee, FL 32308**
                                                    **(850) 385-0342 Fax:(850) 270-2441**
                                                    **twright@brunerwright.com**