**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

HOLLYWOOD EXCAVATING
OF FLORIDA, LLC,

Case No. 26-50156-MCW
CHAPTER 11

Debtor.
_______________________________/

**MOTION FOR EXTENSION OF TIME**
**TO FILE ALL REMAINING SCHEDULES AND STATEMENTS**

Hollywood Excavating of Florida, LLC ("Debtor"), by and through its undersigned counsel, respectfully requests that the Court extend the deadline to file all remaining schedules and statements through and including August 20, 2026, and in support thereof state as follows:

1. On July 30, 2026, the Debtor commenced this case by filing a petition for relief under Chapter 11 of the Bankruptcy Code.

2. The Debtor has been working diligently to complete the remaining documents but needs additional time within which to do so.

3. The Debtor respectfully requests an extension of time through and including August 20, 2026, to file all remaining schedules.

4. This is the Debtor's first request.

WHEREFORE, the Debtor respectfully requests the Court enter an Order Granting Debtor's Motion for Extension of Time to file all Remaining Schedules and Statements, through and including August 20, 2026, and for any other relief the Court deems appropriate.

Dated: August 13, 2026

Respectfully submitted,

**Bruner Wright, P.A.**
*Counsel for the*
*Debtor-In-Possession*
2868 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By: */s/ Byron Wright III*
Robert C. Bruner
Florida Bar No. 0065876
rbruner@brunerwright.com
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
Samantha A. Kelley
Florida Bar No. 00115526
skelley@brunerwright.com

**CERTIFICATE OF SERVICE**

I, Byron Wright III, hereby certify that a true and accurate copy of the above-named document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the above-named document was served by the Court via NEF on August 13, 2026 to the following persons at the email addresses noted herein:

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Kathleen DiSanto, Subchapter V Trustee
disanto.trustee@bushross.com; kdisanto@bushross.com;
bankruptcy.eservice@bushross.com; ecf.alert+disantoflnb@titlexi.com;
kdisanto@ecf.courtdrive.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Date: August 13, 2026

*/s/ Byron Wright III*
Byron Wright III