**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

| | |
|---|---|
| HOLLYWOOD EXCAVATING<br>OF FLORIDA, LLC, | CASE NO. 26-50156-MWC<br>CHAPTER 11 |

Debtor.
_______________________________/

**CHAPTER 11 CASE MANAGEMENT SUMMARY**

Hollywood Excavating of Florida, LLC ("Debtor") files this Case Management Summary and states as follows:

1. **Description of Debtor's business:**

The Debtor operates a land clearing/excavation business based out of Caryville, Florida.

2. **Location of Debtor's operations and whether leased or owned:**

The Debtor does not have a physical office space. The Debtor stores its assets on job sites across Florida or at the Debtor's owner's homestead property in Caryville, Florida.

3. **Reasons for filing Chapter 11:**

The Debtor filed this case to ensure that it can retain its equipment and restructure its debt in a way to allow it to continue operations. The Debtor's work has historically been largely dependent on government funding due to the Debtor working as a contractor for federal government-funded projects. Prior to filing this case, a vital piece of the Debtor's equipment was repossessed, leading to the filing of this case. The Debtor was in a Chapter 11 case before this Court, 25-50192-KKS, which was dismissed on June 30, 2026. Since that case was dismissed, the Debtor has obtained a new, long term contract which will allow it to consistently make payments under this new case.

4. **List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:**

   Weyman Wheeler – Manager/Sole Owner. $80,000.

5. **Debtor's approximate annual gross revenues:**

   January 1, 2026 through Petition Date: $250,000

   2025: $700,000.00

   2024: $750,000.00

6. **Approximate amounts owed to various classes of creditors (at the time of filing):**

   a. Unsecured Priority Creditors: $0.00

   b. Unsecured, Non-Priority Creditors: $138,407.00

   c. Secured Creditors: $722,978.00

7. **General description and approximate value of the Debtor's current and fixed assets (at the time of filing):**

   Personal property: 2 semi trucks, 2 dump trucks, Komatsu 51-D tractor, bank account at Regions, work in progress, office furniture, accounts receivable. Approximate value $1 million.

8. **Number of employees and amounts of wages owed as of petition date:**

   1 employee including the Debtor's owner. No wages owed.

9. **Status of debtor's payroll and sales tax obligations:**

   N/A

10. **Anticipated emergency relief to be requested within 14 days from the petition date:**

Debtor filed a motion to pay Mr. Wheeler's salary. Debtor anticipates filing a non-emergent motion to approve compromise and settlement with Komatsu Financial Limited Partnership, regarding the equipment repossessed pre-petition.

Dated: August 20, 2026

Respectfully submitted,

**Bruner Wright, P.A.**
*Proposed Counsel for the Debtor-In-Possession*
2868 Remington Green Circle
Tallahassee, FL 32308
Office: (850) 385-0342
Fax: (850) 270-2441

By: */s/ Samantha A. Kelley*
Robert C. Bruner
Florida Bar No. 0065876
rbruner@brunerwright.com
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com

## CERTIFICATE OF SERVICE

I, Samantha A. Kelley, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

**Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on August 20, 2026 to the following persons at the email addresses noted herein:

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Kathleen DiSanto, Subchapter V Trustee
disanto.trustee@bushross.com; kdisanto@bushross.com; bankruptcy.eservice@bushross.com; ecf.alert+disantoflnb@titlexi.com; kdisanto@ecf.courtdrive.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

Date: August 20, 2026

*/s/ Samantha A. Kelley*
Samantha A. Kelley