**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

| | |
|---|---|
| HOLLYWOOD EXCAVATING<br>OF FLORIDA, LLC,<br>Debtor.<br>_________________________________/ | CASE NO.: 26-50156-MWC<br>CHAPTER 11 |

**ORDER GRANTING *MOTION FOR EXTENSION OF TIME TO FILE ALL REMAINING SCHEDULES AND STATEMENTS* (ECF NO. 25)**

THIS MATTER is before the Court on the Debtor's *Motion for Extension of Time to File All Remaining Schedules and Statements* (the "Motion," ECF No. 25). It appearing that no hearing is necessary, it is

ORDERED:

1. The Motion (ECF No. 25) is GRANTED.
2. The Debtor shall have through and including August 20, 2026 to file all remaining schedules and statements.

**DONE AND ORDERED** on August 21, 2026.

MARY W. COLÓN
Chief U.S. Bankruptcy Judge

Attorney John Van Hise is directed to serve a copy of this order on interested parties and file a certificate of service within 3 business days of entry of the order.
Prepared By: John Van Hise