**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

IN RE:

| | |
|---|---|
| HOLLYWOOD EXCAVATING<br>OF FLORIDA, LLC, | CASE NO. 26-50156-MWC<br>CHAPTER 11 |

Debtor.
______________________________/

**CHAPTER 11 CASE STATUS REPORT**

Hollywood Excavating of Florida, LLC ("Debtor") files this Status Report and states as follows:

1. **Description of Debtor's business:**

The Debtor operates a land clearing/excavation business based out of Caryville, Florida.

2. **Reasons for filing Chapter 11:**

The Debtor filed this case to ensure that it can retain its equipment and restructure its debt in a way to allow it to continue operations. The Debtor's work has historically been largely dependent on government funding due to the Debtor working as a contractor for federal government-funded projects. Prior to filing this case, a vital piece of the Debtor's equipment was repossessed, leading to the filing of this case. The Debtor was in a Chapter 11 case before this Court, 25-50192-KKS, which was dismissed on June 30, 2026. Since that case was dismissed, the Debtor has obtained a new, long term contract which will allow it to consistently make payments under this new case.

3. **Strategy for reorganization:**

The Debtor intends on restructuring its secured debt to ensure the viability of the business, paying secured creditors, and paying some dividend to its general unsecured

creditors.

4. **Estimate of Debtor's attorney's fees and other professional fees:**

Debtor's counsel estimates that it will incur approximately $30,000 in fees in this case.

5. **Anticipated Significant Events:**

The Debtor intends on filing a Subchapter V Plan prior to the deadline.

6. **Efforts the Debtor has undertaken and will undertake to attain a consensual plan of reorganization and communications with the Subchapter V Trustee and creditors:**

The Debtor and its counsel have communicated with the Subchapter V Trustee on all pertinent issues in this case. The Subchapter V Trustee has assisted the Debtor in identifying the primary issues in this case and the potential issues the Debtor needs to address on its way to confirming a plan in this case. The Debtor, through counsel, has also communicated with counsel for Komatsu Financial Limited Partnership to work toward an agreement on adequate protection and eventual plan treatment.

At this time, the Debtor does not anticipate any significant objections to plan confirmation in this case.

7. **Need for future status conferences:**

The Debtor does not foresee a need for future status conferences.

Dated: August 26, 2026

Respectfully submitted,

**Bruner Wright, P.A.**
*Counsel for the Debtor-In-Possession*
2868 Remington Green Circle
Tallahassee, FL 32308

Office: (850) 385-0342
Fax: (850) 270-2441

By: */s/ Samantha A. Kelley*
Robert C. Bruner
Florida Bar No. 0065876
rbruner@brunerwright.com
Byron Wright III
Florida Bar No. 118971
twright@brunerwright.com
Samantha A. Kelley
Florida Bar No. 0115526
skelley@brunerwright.com

**CERTIFICATE OF SERVICE**

I, Samantha A. Kelley, hereby certify that a true and accurate copy of the above document was served on the following in the manner stated below:

1. **Served by the Court via Notice of Electronic Filing (NEF):** I have confirmed that the foregoing document was served by the Court via NEF on August 26, 2026 to the following persons at the email addresses noted herein:

Jason H. Egan on behalf of U.S. Trustee United States Trustee
jason.h.egan@usdoj.gov

Kathleen DiSanto, Subchapter V Trustee
disanto.trustee@bushross.com; kdisanto@bushross.com;
bankruptcy.eservice@bushross.com; ecf.alert+disantoflnb@titlexi.com;
kdisanto@ecf.courtdrive.com

United States Trustee
USTPRegion21.TL.ECF@usdoj.gov

2. **Served by U.S. Mail:** The foregoing document was served by first class, postage prepaid, U.S. Mail on the parties listed on the attached mailing matrix.

Date: August 26, 2026

*/s/ Samantha A. Kelley*
Samantha A. Kelley